UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MIA FAYE HUDGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:16-cv-380-TAV-CHS |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, plaintiff's Motion for Summary Judgment [Doc. 14] is **DENIED**, and the Commissioner's Motion for Summary Judgment [Doc. 17] is **GRANTED**. The Commissioner's decision is hereby **AFFIRMED**, and the Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

   s/ Debra C. Poplin
   CLERK OF COURT